NICHOLAS MELNICK, Respondent, v. JOHN M. KUKLA, Appellant.— Motion

granted and appeal dismissed. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.